# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LILLIE MAE REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-CV-115 (MTT) |
| | ) |
| SERVICE CORPORATION INTERNATIONAL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case was removed from the State Court of Bibb County by former Defendant Service Corporation International on the basis of diversity jurisdiction. Docs. 1; 6. Diversity jurisdiction exists when "the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States." 28 U.S.C. § 1332. Plaintiff Lillie Mae Reynolds subsequently moved to substitute SCI for Alderwoods as a defendant, which the Court granted. Docs. 16; 27. With the substitution of SCI for Alderwoods as a defendant, diversity jurisdiction no longer exists because Reynolds and Alderwoods are citizens of Georgia. Docs. 6-1 ¶ 1; 16-1 at 5. The Court then ordered Alderwoods to show cause why this case should not be remanded. Doc. 27. Alderwoods responded that it "cannot show cause as to why this case should not be remanded[.]" Doc. 31 at 1.

Pursuant to 28 U.S.C. § 1447(c), a district court may remand a case sua sponte when the court lacks subject matter jurisdiction. *Corp. Mgmt. Advisors, Inc. v. Artjen Complexus, Inc.*, 561 F.3d 1294, 1296 (11th Cir. 2009). Accordingly, the Court

**REMANDS** the case to the State Court of Bibb County.

**SO ORDERED**, this 16th day of July, 2019.

                                          S/ Marc T. Treadwell
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT