IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LILLIE MAE REYNOLDS**, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-cv-115-MTT |
| | * |
| **SERVICE CORPORATION INTERNATIONAL, et al** , | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 16, 2019, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 17th day of July, 2019.

David W. Bunt, Clerk

s/ Cheryl M. Alston, Deputy Clerk